DAVID W. HITTLE, OSB #74142
3040 Commercial Street SE, Suite 200
Salem, OR 97302
Tel: (503)371-3844
Fax: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORRAINE K. PEDERSON

         Plaintiff,

v

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,
         Defendant.

Civil No. 6:12-cv-01311-SI

ORDER FOR EAJA FEES

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, and plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's Attorney by Plaintiff, it is hereby ORDERED that EAJA attorney fees of $3,278.79 shall:

1. Be awarded to Plaintiff pursuant to Astrue v. Ratliff, 1305 S.Ct. 2521 (2010) and delivered to Plaintiff's attorney, David W. Hittle; however,

2. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to David W. Hittle.

//////

DATED this 15th day of August 2013

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David W. Hittle
DAVID W. HITTLE, OSB# 741427
Attorney for Plaintiff Lorraine K. Pederson


/s/ Jeffrey R. McClain
JEFFREY R. McCLAIN,
Assistant Regional Council
Social Security Administration